# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| REBECCA LEEMAN-HARVEY, | : | |
| Plaintiff, | : | Case No. 3:14cv00294 |
| vs. | : | District Judge Thomas M. Rose |
| | | Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ORDER

This case is before the Court upon the parties' Joint Stipulation to Remand to the Commissioner (Doc. #12). The parties have jointly stipulated that the findings of the Administrative Law Judge should be vacated and this matter remanded to the Commissioner pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). In light of the parties' agreement, the Court finds that an Order entering judgment in Plaintiff's favor and against Defendant, and remanding this matter to the Social Security Administration for further administrative proceedings is warranted.

Accordingly, the Court hereby **ORDERS** that:

1. The parties' Joint Stipulation to Remand to the Commissioner (Doc. #12) is accepted;

2. The Clerk of Court is directed to enter Judgment in favor of Plaintiff and against Defendant reversing Defendant's final decision and remanding this matter to the Social Security Administration pursuant to sentence four of 42

U.S.C. § 405(g) for further proceedings consistent with this Order and the parties' Joint Stipulation to Remand; and

3.    The case is terminated on the docket of this Court.

July 15, 2015                                      *s/Thomas M. Rose

_____

Thomas M. Rose
United States District Judge